## MEMORANDUM DECISION ON REHEARING

Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.



FILED
Dec 19 2017, 9:52 am
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

ATTORNEYS FOR APPELLANT

Kevin W. Betz
Sandra L. Blevins
Benjamin C. Ellis
Betz + Blevins
Indianapolis, Indiana

ATTORNEYS FOR APPELLEE

Adam Arceneaux
Derek R. Molter
Kaitlyn J. Marschke
Ice Miller LLP
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

Craig Vickery,

*Appellant-Defendant,*

v.

Ardagh Glass Inc.,

*Appellee-Plaintiff*

December 19, 2017

Court of Appeals Case No.
49A02-1702-PL-330

Appeal from the Marion Superior Court, Indiana Commercial Court

The Honorable Heather A. Welch, Judge

Trial Court Cause No.
49D01-1606-PL-23465

**Baker, Judge.**

The appellant's petition for rehearing contains a multitude of examples of the following language:

- "This Opinion is grossly erroneous."
- "This Opinion . . . provides sua sponte the most deficient and defective due process waiver analysis in the history of Indiana jurisprudence . . . ."
- "astonishing material inaccuracies and significant errors"
- "in the entire history of Indiana jurisprudence, no opinion . . . has been so cursory or deficient in its legal analysis"

Pet'n for Reh. p. 6-7. The appellant claims to be "mindful of the limitations of criticism for counsel[.]" *Id.* at p. 6 n.1. Apparently not. We encourage counsel to use more respectful and measured language in the future and by separate order deny the request for oral argument on rehearing.

Our original decision stands, and in all other respects, we deny the petition for rehearing.

Bailey, J., and Altice, J., concur.